# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LANCE MATTHEW CRAYON,<br><br>  Defendant. | Case No. 20cr3038-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the Motion Hearing / Trial Setting from May 7, 2021 to June 18, 2021 at 1:30 p.m. is GRANTED. Defendant shall file an acknowledgement of the new hearing date by May 21, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated: May 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20cr3038-JLS