# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE MATTHEW CRAYON,<br><br>Defendant. | Case No. 20cr3038-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING**<br><br>[ECF No. 33] |

Good cause appearing, **IT IS HEREBY ORDERED** that the joint motion to continue the Motion Hearing / Trial Setting from June 18, 2021 to August 20, 2021 at 1:30 p.m. is GRANTED.  Defendant shall file an acknowledgement of the new hearing date by July 2, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(D) and (h)(7)(A).

**IT IS SO ORDERED.**

Dated:  June 16, 2021

Hon. Janis L. Sammartino
United States District Judge

20cr3038-JLS