# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE MATTHEW CRAYON,<br><br>Defendant. | Case No. 20cr3038-JLS<br><br>**ORDER**<br><br>[ECF No. 40] |

**IT IS HEREBY ORDERED** that the joint motion to continue the Motion Hearing / Trial Setting from August 20, 2021 to October 22, 2021 at 1:30 p.m. is GRANTED.

**FURTHER**, for the reasons set forth in the joint motion, time is excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(D) and (h)(7)(A).

**IT IS SO ORDERED.**

Dated: August 18, 2021

Hon. Janis L. Sammartino
United States District Judge

20cr3038-JLS