# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr3038-JLS |
| Plaintiff, | |
| v. | **ORDER** |
| LANCE MATTHEW CRAYON, | [ECF No. 50] |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the Motion Hearing / Trial Setting to February 11, 2022 at 1:30 p.m. is GRANTED. Defendant shall file an acknowledgement of the new hearing date by December 10, 2021.

**FURTHER**, time is excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(D) and (h)(7)(A).

**IT IS SO ORDERED.**

Dated: December 1, 2021

Hon. Janis L. Sammartino
United States District Judge