# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 20-cr-3038-JLS |
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING / TRIAL SETTING** |
| vs. | |
| LANCE MATTHEW CRAYON, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, it is hereby ordered that the motion hearing / trial setting now set for February 11, 2022, at 1:30 p.m. be continued until February 25, 2022 at 1:30 p.m.  Defendant shall file an acknowledgment of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: February 9, 2022

Honorable Janis L. Sammartino
United States District Judge