# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr3038-JLS |
| Plaintiff, | |
| | Hon. Janis L. Sammartino |
| v. | |
| LANCE MATTHEW CRAYON, | ORDER AND JUDGMENT OF DISMISSAL AND EXONERATION OF BOND |
| Defendant. | |

Upon motion of the UNITED STATES and good cause appearing,

IT IS HEREBY ORDERED that the Indictment (ECF No. 13) in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED that bond is exonerated.

SO ORDERED.

Dated: May 27, 2022

Hon. Janis L. Sammartino
United States District Judge